Honorable Alex BONAVITACOLA, President Judge of the Court of Common Pleas of Philadelphia, et al., petitioner,

v.

Honorable Edward G. RENDELL,
Mayor of Philadelphia, et al.

v.

COMMONWEALTH of Pennsylvania,
GENERAL ASSEMBLY, et al.,
Respondent.

Supreme Court of Pennsylvania.

June 15, 1998.

### ORDER

**PER CURIAM**

AND NOW, this 15th day of June, 1998, the Petition for Plenary Jurisdiction is GRANTED. The matter is remanded to the Commonwealth Court for expedited consideration and for findings of fact and conclusions of law. Jurisdiction is retained.